FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL L. MIXON,<br><br>Defendant. | No. 2:19-CR-00159-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>(ECF No. 34) |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 34**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel to Coeur d'Alene, Idaho for a medical appointment on February 26, 2020.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 34**, is **GRANTED**. Defendant is permitted to travel outside the Eastern District of Washington to Coeur d'Alene, Idaho on February 26, 2020. Prior to departure Defendant shall provide Pretrial Services the address where she will be and a phone number where she can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 21, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1