UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2020

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRYSTAL L. MIXON,

Defendant.

No. 2:19-CR-00159-RMP-1

ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY RELEASE CONDITIONS

**MOTION GRANTED
(ECF No. 36)**

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 36**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel to Coeur d'Alene, Idaho for medical appointments.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 36**, is **GRANTED**. Defendant is permitted to travel outside the Eastern District of Washington to Coeur d'Alene, Idaho for medical appointments. Prior to departure Defendant shall provide Pretrial Services the address where she will be and a phone number where she can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 12, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1